## February 7, 1928.

FLANNERY, Appellant, vs. FLANNERY, Respondent.

APPEAL from an order of the circuit court for Dane county dated July 20, 1927: AUGUST C. HOPPMANN, Judge.

Divorce. Modification of judgment with relation to custody of children. Plaintiff appeals.

For the appellant: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

For the respondent: *Randolph R. Conners* and *A. J. Bieberstein,* attorneys, and *Bull, Biart & Bieberstein,* of counsel, all of Madison.

*By the Court.*—Order affirmed.

BERRY, Respondent, vs. DARLING, Appellant.

APPEAL from a judgment of the circuit court for Milwaukee county dated April 20, 1927: JAMES WICKHAM, Judge.

Malpractice. Judgment for plaintiff, from which defendant appeals.

For the appellant: *Lines, Spooner & Quarles,* attorneys, and *Willet M. Spooner,* of counsel, all of Milwaukee.

For the respondent: *Slensby & Zaidins* of Milwaukee.

*By the Court.*—Judgment affirmed.

ESTATE OF NAGLE: DRISCOLL, Executor, etc., Appellant, vs. PATTON, Claimant, Respondent.

APPEAL from a judgment of the county court of Brown county dated March 19, 1927: CARLTON MERRILL, Judge.

Claim for services. Judgment for claimant, from which the executor appeals.

For the appellant: *John V. Diener* of Green Bay.

For the respondent: *W. B. Surplice* of Green Bay.

*By the Court.*—Judgment affirmed.